

# NUMBER 13-25-00358-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAIME ELIZONDO,                                                Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

## ON APPEAL FROM THE 92ND DISTRICT COURT
## OF HIDLAGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Cron, and Fonseca
### Memorandum Opinion by Justice Silva

Appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number CR-1235-25-A. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents before use, the trial court has certified that appellant "has NO right of appeal" and has "waived the right of appeal." *See* TEX. R. APP. P.

25.2(a)(2). On July 11, 2025, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. On August 20, 2025, after no response, we ordered the case abated and remanded the matter to the trial court to determine whether appellant or counsel had abandoned the appeal, whether a conflict had arisen between appellant and counsel, and other related matters.

On November 25, 2025, upon review of the trial court's findings that the appeal had not been abandoned and that no conflict between appellant and his counsel existed, we reinstated the matter and instructed appellant's counsel to file a response to the Order issued on July 11, 2025. On December 5, 2025, appellant's counsel filed a response concluding that the record reflects that appellant voluntarily waived his right of appeal.

Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
30th day of December, 2025.

2